**Outerbridge Access et. al.  v. Ross Dress, Mira Mesa MarketPlace West, LLC, et al.**
**US District Court, Southern District of California Case No. 08CV0045 BTM CAB**

*PROOF OF SERVICE*

I, Timothy G. McNulty, hereby declare that I am over the age of eighteen years and not a party to this action.  I am employed, or am a resident of, the County of San Diego, California and my business address is: Milberg & De Phillips, P.C., 2163 Newcastle Avenue, Ste 200, Cardiff, California, 92007.

On February 12, 2008, I caused to be served the following documents(s):

1. **NOTICE OF MOTION AND MOTION TO DISMISS BY DEFENDANT MIRA MESA MARKETPLACE EAST, LLC.**

2. **DEFENDANT MIRA MESA MARKETPLACE EAST, LLC.'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SUPPLEMENTAL STATE LAW CLAIMS**

3. **DEFENDANT MIRA MESA MARKETPLACE EAST, LLC.'s REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SUPPLEMENTAL STATE LAW CLAIMS WITH EXHIBITS A-D.**

Pinnock & Wakefield, APC
Theodore A. Pinnock
David C. Wakefield
3033 Fifth Ave. Ste. 410
San Diego, CA 92103
Email:
theodorepinnock@pinnockwakefieldlaw.com;
davidwakefield@pinnockwakefieldlaw.com
Attorneys for Plaintiffs Outerbridge Access Association and Diane Cross

__/__    (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM** )
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

1  __/___        (Federal) I declare that I am employed by the office of a member of the bar of this
                 court at whose direction the service was made.
2
   Executed February 12, 2008, at Cardiff, California
3
                                              By:   /s/ Timothy G. McNulty
4                                                   _____
                                                    Timothy G. McNulty
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28