**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.    Bar #: 153434
David C. Wakefield, Esq.      Bar #: 185736
Michelle L. Wakefield, Esq.   Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC. d.b.a. THE HOME DEPOT #6679; MIRA MESA MARKETPLACE WEST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08c0046 JM (JMA)<br><br>**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SUPPLEMENTAL STATE LAW CLAIMS**<br><br>Date: March 21, 2008<br>Time: 1:30 P.M.<br>Judge: Honorable Jeffrey Miller<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

Plaintiffs hereby oppose Defendants' Motion To Dismiss Supplemental State Law Claims on the ground that said Motion is moot. Plaintiff has filed with this Honorable Court a Motion To Amend Plaintiffs' Civil Complaint and has provided this Court

1
Plaintiffs' P & A In Opposition To Motion To Dismiss Supp. Claim
Case Number: 08cv0046 JM (JMA)

with a [Proposed] First Amended Complaint that serves to address all issues outlined within Defendants' moving papers. Within the [Proposed] First Amended Complaint all state claims are removed and shall be litigated by Plaintiffs concurrently with this action in the Superior Court for the County of San Diego.

Respectfully submitted:

**PINNOCK & WAKEFIELD, A.P.C.**

Dated: March 5, 2008

By: s/ Michelle L. Wakefield
Attorney for Plaintiffs
E-mail: MichelleWakefield@PinnockWakefieldLaw.com