# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, suing on behalf of DIANE CROSS; DIANE CROSS,<br><br>Plaintiffs,<br>vs.<br>HOME DEPOT U.S.A., INC.; MIRA MESA MARKETPLACE WEST, LLC,<br><br>Defendants. | CASE NO. 08cv0046 JM(JMA)<br><br>ORDER GRANTING MOTION TO AMEND; DENYING MOTION TO DISMISS AS MOOT |

Defendant Mira Mesa Marketplace West, LLC ("MMM") moves the court to decline to exercise supplemental jurisdiction over the state law claims asserted by Plaintiffs for violation of California Unruh Act and Civil Code §52(a). Plaintiffs responded to the motion by filing a motion to amend wherein they represent that the proposed First Amended Complaint cures any potential defects identified by MMM. In light of the liberal amendment policies of Fed.R.Civ.P. 15(a), the court grants Plaintiffs 15 days leave to amend from the date of entry of this order. The court also denies the motion to dismiss as moot. See Miller v. Yokohama Tire Corp., 358 F.3d 616, 619 (9th Cir. 2004).

**IT IS SO ORDERED.**

DATED: March 26, 2008

Hon. Jeffrey T. Miller

cc: All parties

United States District Judge