**Outerbridge Access et. al. v. Ross Dress, Mira Mesa MarketPlace West, LLC, et al.**
**US District Court, Southern District of California Case No. 08CV0045 BTM CAB**

*PROOF OF SERVICE*

I, Timothy G. McNulty, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California and my business address is: Milberg & De Phillips, P.C., 2163 Newcastle Avenue, Ste 200, Cardiff, California, 92007.

On April 1, 2008, I caused to be served the following documents(s):

1. **DEFENDANT MIRA MESA MARKETPLACE EAST, LLC.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

2. **DECLARATION OF TIMOTHY G. MCNULTY IN REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pinnock & Wakefield, APC
Theodore A. Pinnock
David C. Wakefield
3033 Fifth Ave. Ste. 410
San Diego, CA 92103
Email:
theodorepinnock@pinnockwakefieldlaw.com;
davidwakefield@pinnockwakefieldlaw.com
Attorneys for Plaintiffs Outerbridge Access
Association and Diane Cross

__/__   (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM**)
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

__/__   (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed April 1, 2008, at Cardiff, California

By:  */s/ Timothy G. McNulty*
_____
Timothy G. McNulty