# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On April 11, 2008, I served the following document(s):

1. **ANSWER TO COMPLAINT**

by posting a true and correct copy with ECF Filing, Case No. 08 CV 0045 BTM CAB

[X]   BY ELECTRONIC **FILING/SERVICE**: Complying with Fed. R. Civ. P. 5 and 83 and Local Civil Rule 5.4, I caused such document(s) to be Electronically **Filed and Served** through the ECF system for the above-entitled case to those parties on the Service List maintained on ECF court website for this case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 11, 2008, at San Diego, California.

_____
LOREEN D. PEKNY

4823-8686-8482.1