**Outerbridge Access et. al.  v. Ross Dress, Mira Mesa MarketPlace West, LLC, et al.**
**US District Court, Southern District of California Case No. 08CV0045 BTM CAB**

*PROOF OF SERVICE*

I, Timothy G. McNulty, hereby declare that I am over the age of eighteen years and not a party to this action.  I am employed, or am a resident of, the County of San Diego, California and my business address is: Milberg & De Phillips, P.C., 2163 Newcastle Avenue, Ste 200, Cardiff, California, 92007.

On May 8, 2008, I caused to be served the following documents(s):

1. **ANSWER OF DEFENDANT MIRA MESA MARKETPLACE EAST, LLC. TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL**

Pinnock & Wakefield, APC
Theodore A. Pinnock
David C. Wakefield
3033 Fifth Ave. Ste. 410
San Diego, CA 92103
 theodorepinnock@pinnockwakefieldlaw.com;
davidwakefield@pinnockwakefieldlaw.com
Attorneys for Plaintiffs Outerbridge Access Association and Diane Cross

John M Julius, III
**Littler Mendelson**
501 West Broadway
Suite 900
San Diego, CA 92101-3577
(619)232-0441
Fax: (619)232-4302
Email: jjulius@littler.com
Attorneys for Defendant Ross Dress for Less

Ernest Slome
**Lewis Brisbois Bisgaard & Smith**
550 West C Street
Suite 800
San Diego, CA 92101-3531
(619)233-1006
Fax: (619)233-8627
Email: slome@lbbslaw.com

Attorneys for Defendant Manna Development

__/__  (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM** )

    In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

__/__  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed May 8, 2008, at Cardiff, California

By:  */s/ Timothy G. McNulty*
_____
Timothy G. McNulty

-1-