**Outerbridge Access et. al.  v. Ross Dress, Mira Mesa MarketPlace West, LLC, et al.**
**US District Court, Southern District of California Case No. 08CV0045 BTM CAB**

*PROOF OF SERVICE*

I, Timothy G. McNulty, hereby declare that I am over the age of eighteen years and not a party to this action.  I am employed, or am a resident of, the County of San Diego, California and my business address is: Milberg & De Phillips, P.C., 2163 Newcastle Avenue, Ste 200, Cardiff, California, 92007.

On May 14, 2008, I caused to be served the following documents(s):

**FIRST AMENDED ANSWER AND CROSSCLAIM OF DEFENDANT MIRA MESA MARKETPLACE EAST, LLC. DEMAND FOR JURY TRIAL**

| | |
|---|---|
| Pinnock & Wakefield, APC<br>Theodore A. Pinnock<br>David C. Wakefield<br>3033 Fifth Ave. Ste. 410<br>San Diego, CA 92103<br> theodorepinnock@pinnockwakefieldlaw.com;<br>davidwakefield@pinnockwakefieldlaw.com<br>Attorneys for Plaintiffs Outerbridge Access Association and Diane Cross | John M Julius, III<br>**Littler Mendelson**<br>501 West Broadway<br>Suite 900<br>San Diego, CA 92101-3577<br>(619)232-0441<br>Fax: (619)232-4302<br>Email: jjulius@littler.com<br>Attorneys for Defendant Ross Dress for Less |
| Ernest Slome<br>**Lewis Brisbois Bisgaard & Smith**<br>550 West C Street<br>Suite 800<br>San Diego, CA 92101-3531<br>(619)233-1006<br>Fax: (619)233-8627<br>Email: slome@lbbslaw.com<br><br>Attorneys for Defendant Manna Development | |

__/__  (By **ELECTRONIC MAIL SERVICE VIA CM/ECF SYSTEM** )

> In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF.

__/__  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed May 14, 2008, at Cardiff, California

By:  */s/ Timothy G. McNulty*
_____
Timothy G. McNulty

-1-