**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

Ernest Slome, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 800
San Diego, CA 92101
Facsimile: (619) 233-8627
Email: slome@lbbslaw.com

Attorney for Defendant MANNA DEVELOPMENT
GROUP, LLC d.b.a. PANERA BREAD #4279

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>Defendants. | Case No.: 08cv0045 BTM (CAB)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279** |

**THE PLAINTIFFS AND DEFENDANT K MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279 HEREBY NOTIFY** the Court that Plaintiffs have reached settlement with Defendant MANNA DEVELOPMENT GROUP,

1

Case Number: 08cv0045 BTM (CAB)

LLC d.b.a. PANERA BREAD #4279 in this matter. Counsel for Defendant MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279 and Plaintiffs are in the process of preparing a written Release and Settlement Agreement and a Joint Motion to Dismiss only Defendant MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279.

The parties anticipate a Joint Motion to Dismiss only Defendant MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279 shall be filed within 30 days, on the condition that Plaintiffs and Defendants execute the Release and Settlement Agreements.

Respectfully submitted,

Dated: March 29, 2008          **PINNOCK & WAKEFIELD, A.P.C.**

                               By:  s/ Michelle L. Wakefield
                                    Attorney for Plaintiffs
                                    E-mail: MichelleWakefield@
                                    PinnockWakefieldLaw.com

Dated: March 29, 2008          **Lewis Brisbois Bisgaard & Smith LLP**

                               By:  s/Ernest Slome
                                    Ernest Slome, Esq.
                                    Attorney for Defendant MANNA
                                    DEVELOPMENT GROUP, LLC d.b.a.
                                    PANERA BREAD #4279
                                    E-mail: slome@lbbslaw.com