1 **PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #:  200424
2 David C. Wakefield, Esq.      Bar #:  185736
3033 Fifth Avenue, Suite 410
3 San Diego, CA  92103
Telephone: (619) 858-3671
4 Facsimile: (619) 858-3646

5 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>           Plaintiffs,<br><br>      v.<br><br>**ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>           Defendants. | Case No.:  08cv0045 BTM (CAB)<br><br>**PROOF OF SERVICE VIA ELECTRONIC MAIL** |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

   I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

1
Case Number: 08cv0045 BTM (CAB)

1  On this date, I lodged the following document(s) described
2  as: **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT MANNA**
3  **DEVELOPMENT GROUP, LLC d.b.a.** PANERA **BREAD #4279 on UNITED STATES**
4  **MAGISTRATE JUDGE CATHY ANN BENCIVENGO** and all Defendants in this
5  action by:

7  ___X___ placing  _____ the original  ___X___ a true copy
8  thereof as stated below.

10 **UNITED STATES MAGISTRATE JUDGE CATHY ANN BENCIVENGO**
   **UNITED STATES DISTRICT COURT**
11 **SOUTHERN DISTRICT OF CALIFORNIA**
   **940 Front Street**
12 **San Diego, CA  92101**
   **Telephone: (619) 557-7688**
13 **Facsimile: (619) 702-9991**
14 **E-Mail: efile_bencivengo@casd.uscourts.gov**

15 **John M. Julius, Esq.**
   **LITTLER MENDELSON**
16 **501 West Broadway, Suite 900**
17 **San Diego, CA 92101**
   **Telephone: (619) 232-0441**
18 **Facsimile: (619) 232-4302**
   **E-mail: jjulius@littler.com**
19 **ATTORNEY FOR DEFENDANT ROSS DRESS FOR LESS, INC. d.b.a. ROSS**
20 **DRESS FOR LESS #478**

21 **Ernest Slome, Esq.**
   **LEWIS BRISBOIS BISGAARD AND SMITH**
22 **550 West C Street, Suite 800**
23 **San Diego, CA 92101**
   **Telephone: (619) 233-1006**
24 **Facsimile: (619) 233-8627**
   **E-mail: slome@lbbslaw.com**
25 **ATTORNEY FOR DEFENDANT MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA**
26 **BREAD #4279**

27 ///
28 ///

**Timothy G. McNulty, Esq.**
**MILBERG & DE PHILLIPS**
**2163 Newcastle Avenue, Suite 200**
**Cardiff By The Sea, CA   92007**
**Telephone: (760) 943-7103**
**Facsimile: (760) 943-6750**
**E-mail: tmcnulty@surflaw.net**
**ATTORNEYS FOR DEFENDANT MIRA MESA MARKETPLACE EAST, LLC**

   X__ **BY ELECTRONIC MAIL:** I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

   X __**FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

   **EXECUTED** on June 1, 2008, at San Diego, California.

                                    _____
                                    s/Theodore A. Pinnock
                                    Theodore A. Pinnock
                                    E-Mail: pinnock99@aol.com

3
Case Number: 08cv0045 BTM (CAB)