1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ERNEST SLOME, SB# 122419
2  550 West "C" Street, Suite 800
   San Diego, California 92101
3  Telephone: (619) 233-1006
   Facsimile: (619) 233-8627
4

5  Attorneys for Defendant MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD #4279

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | OUTERBRIDGE ACCESS ASSOCIATION, ) CASE NO. 08 CV 0045 BTM CAB
   | SUING ON BEHALF OF DIANE CROSS, and )
12 | DIANE CROSS, an individual, ) **JOINT MOTION TO EXTEND TIME FOR**
   |                              ) **CROSS-DEFENDANTS TO RESPOND TO**
13 |         Plaintiffs,          ) **CROSS-COMPLAINT**
   |                              )
14 |    v.                        )
   |                              )
15 | ROSS DRESS FOR LESS, INC. dba ROSS )
   | DRESS FOR LESS #478; MANNA    )
16 | DEVELOPMENT GROUP, LLC dba PANERA )
   | BREAD #4279; MIRA MESA        )
17 | MARKETPLACE EAST, LLC, AND DOES )
   | AND DOES 1 THROUGH 10, Inclusive, )
18 |                              )
   |         Defendants.           )
19 | _____)

20     Cross-Defendants ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #478

21 and MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD #4279 and Cross-

22 Complainant MIRA MESA MARKETPLACE EAST, LLC and Plaintiffs OUTERBRIDGE

23 ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and DIANE CROSS

24 individually, hereby jointly move to extend the time for Cross-Defendants ROSS DRESS FOR

25 LESS, INC. dba ROSS DRESS FOR LESS #478 and MANNA DEVELOPMENT GROUP, LLC

26 dba PANERA BREAD #4279 to respond to the Cross-Complaint filed by Cross-Complainant

27 MIRA MESA MARKETPLACE EAST, LLC., for fourteen (14) days to **June 17, 2008**, in view of

28 the ongoing settlement negotiations between all the parties.  The parties are endeavoring to reach a

1  settlement on all issues and anticipate that a settlement may be reached, which will obviate the
2  need to file any responsive pleading to the Cross-Complaint by Cross-Complainant MIRA MESA
3  MARKETPLACE EAST, LLC.

Dated:  June 3, 2008              PINNOCK & WAKEFIELD

  /s/Michelle Wakefield
    Michelle Wakefield
Attorneys for Plaintiff Outerbridge Access
Association, suing on behalf of Diane Cross and
Diane Cross

Dated: June 3, 2008               LEWIS BRISBOIS BISGAARD & SMITH LLP

   /s/Ernest Slome
    Ernest Slome
Attorneys for Defendant Manna Development Group,
LLC dba Panera Bread #4279

Dated:  June 3, 2008              MILLBERG & DePHILLIPS

   /s/Timothy G. McNulty
    Timothy G. McNulty
Attorneys for Defendant and Cross-Complainant
MIRA MESA MARKETPLACE EAST, LLC

Dated:  June 3, 2008              LITTLER MENDELSON

  /s/John M. Julius, III
    John M. Julius, III
Attorneys for Cross-Defendant and Cross-
Complainant ROSS DRESS FOR LESS, INC. dba
ROSS DRESS FOR LESS #478