# CERTIFICATE OF FILING BY ELECTRONIC FILING

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On June 3, 2008, I served the following document(s):

1. JOINT MOTION OF TIME TO RESPOND TO CROSS-COMPLAINT

by posting a true and correct copy with ECF Filing, Case No. 08 CV 0045 BTM CABCAB

[X]    BY ELECTRONIC **FILING/SERVICE**: Complying with Fed. R. Civ. P. 5 and 83 and Local Civil Rule 5.4, I caused such document(s) to be Electronically **Filed and Served** through the CM/ECF system for the above-entitled case to those parties on the Service List maintained on CM/ECF court website for this case. The file transmission was reported as complete and a copy of the Notice of Electronic Filing page will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 3, 2008, at San Diego, California.

Loreen Pekny

4815-6499-0978.1

CERTIFICATE OF SERVICE/FILING