LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS, and DIANE CROSS, an individual,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC, AND DOES AND DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 08 CV 0045 BTM CAB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR CROSS-DEFENDANTS TO RESPOND TO CROSS-COMPLAINT** |

### **ORDER**

The joint motion of the parties to extend Cross-Defendants ROSS DRESS FOR LESS, INC. dba ROSS DRESS FOR LESS #478 and MANNA DEVELOPMENT GROUP, LLC dba PANERA BREAD #4279 time to respond to the Cross-Complaint by Cross-Complainant MIRA MESA MARKETPLACE EAST, LLC., to **June 17, 2008,** is GRANTED.

**IT IS SO ORDERED:**

Dated: June 5, 2008

_____
Hon. Barry Ted Moskowitz
United States District Judge

4841-1414-4770.1

ORDER RE MOTION TO EXTEND                                             CASE NO. 08 CV 0045 BTM CAB