**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC; AND DOES 1 THROUGH 10, Inclusive,**<br><br>Defendants. | Case No.: 08cv0045 BTM (CAB)<br><br>**JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT, ALL CROSS-COMPLAINTS AND PLAINTIFFS' COMPLAINT WITH PREJUDICE IN THEIR ENTIRETY.** |

   **THIS JOINT MOTION IS HEREBY MADE AND IT IS HEREBY STIPULATED** by and between OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual, Plaintiffs, on the one hand, and all Defendants, on the other, through their respective attorneys of record, that all Defendants be dismissed with Prejudice from Plaintiffs' Complaint, Case Number 08cv0045 BTM (CAB).  Additionally, the parties hereby stipulate that all

cross-complaints filed in this action, as well as Plaintiffs' Complaint be dismissed with prejudice in their entirety.

**THIS JOINT MOTION IS HEREBY MADE AND IT IS SO STIPULATED.**

Dated: July 3, 2008        **PINNOCK & WAKEFIELD, A.P.C.**

                           By:   s/ Michelle L. Wakefield
                                 Michelle L. Wakefield, Esq.
                                 Attorney for Plaintiffs
                                 E-mail: MichelleWakefield@
                                 PinnockWakefieldLaw.com

Dated: July 3, 2008        **LITTLER MENDELSON, A.P.C.**

                           By:   s/John M. Julius
                                 John M. Julius, Esq.
                                 Attorney for Defendant ROSS
                                 DRESS FOR LESS, INC. d.b.a.
                                 ROSS DRESS FOR LESS #478
                                 E-mail: jjulius@littler.com

Dated: July 3, 2008        **Lewis Brisbois Bisgaard & Smith LLP**

                           By:   s/Ernest Slome
                                 Ernest Slome, Esq.
                                 Attorney for Defendant MANNA
                                 DEVELOPMENT GROUP, LLC d.b.a.
                                 PANERA BREAD #4279
                                 E-mail: slome@lbbslaw.com

Dated: July 3, 2008        **MILBERG & DE PHILLIPS, P.C.**

                           By:   s/Timothy G. McNulty
                                 Timothy G. McNulty, Esq.
                                 Attorney for Defendant MIRA
                                 MESA MARKETPLACE EAST, LLC
                                 E-mail: tmcnulty@surflaw.net