**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 08cv0045 BTM (CAB)<br><br>**PROOF OF SERVICE VIA FACSIMILE AND ELECTRONIC MAIL**<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

On this date, I served the following document(s) described as **JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS FROM**

1        Case Number: **08cv0045 BTM (CAB)**

**PLAINTIFFS' COMPLAINT, ALL CROSS-COMPLAINTS AND PLAINTIFFS' COMPLAINT WITH PREJUDICE IN THEIR ENTIRETY.**

on all Defendants in this action by:

   __x___ placing _____ the original ___x__ a true copy thereof as stated below.

**John M. Julius, III, Esq.**
**Littler Mendelson, APC**
**701 B Street, 13th Floor**
**San Diego, CA 92101-8194**
**Facsimile: (619) 232-4302**
**Email: jjulius@littler.com**
**Attorney for Defendant ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478**

**Ernest Slome, Esq.**
**Lewis Brisbois Bisgaard & Smith LLP**
**550 West C Street, Suite 800**
**San Diego, CA 92101**
**Facsimile: (619) 233-8627**
**Email: slome@lbbslaw.com**
**Attorney for Defendant MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279**

**Timothy G. McNulty, Esq.**
**MILBERG & DE PHILLIPS, P.C.**
**2163 Newcastle Avenue, Ste. 200**
**Cardiff by the Sea, CA 92007**
**Facsimile: (760) 943-6750**
**Email: tmcnulty@surflaw.net**
**Attorney for Defendant MIRA MESA MARKETPLACE EAST, LLC**

   X_____ **BY ELECTRONIC MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for electronic mailing.

   X_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list.

1 | The facsimile machine I used complied with Rule 6 (e), and no
2 | error was reported by the machine.
3 |
4 |     X_____  **FEDERAL:** I declare that I am employed in the office
5 | of a member of the Bar of this Court, at whose direction this
6 | service was made.
7 |
8 |     **EXECUTED** on July 7, 2008, at San Diego, California.
9 |
10 |
11 |
12 |                              __s/Theodore A. Pinnock__
                                 Theodore A. Pinnock
                                 E-Mail: Pinnock99@aol.com

                3      Case Number: **08cv0045 BTM (CAB)**