# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTERBRIDGE ACCESS ASSOCIATION, SUING ON BEHALF OF DIANE CROSS; and DIANE CROSS, An Individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>ROSS DRESS FOR LESS, INC. d.b.a. ROSS DRESS FOR LESS #478; MANNA DEVELOPMENT GROUP, LLC d.b.a. PANERA BREAD #4279; MIRA MESA MARKETPLACE EAST, LLC; AND DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | Case No.: 08cv0045 BTM (CAB)<br><br>ORDER GRANTING JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS FROM PLAINTIFFS' COMPLAINT, ALL CROSS-COMPLAINTS AND PLAINTIFFS' COMPLAINT WITH PREJUDICE IN THEIR ENTIRETY. |

**IT IS HEREBY ORDERED** that, pursuant to the Joint Motion and Motion and Motion To Dismiss all Defendants from Plaintiffs' Complaint, case number 08cv0045 BTM (CAB). Additionally, all cross-complaints filed in this action, as well as Plaintiffs' Complaint are hereby dismissed with prejudice in their entirety.

**IT IS SO ORDERED.**

Dated: July 9, 2008

*/s/ Barry Ted Moskowitz*
HONORABLE JUDGE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE